IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAWN ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-21-CA-874-FB |
| ) | |
| CRESTVIEW RV SAN ANTONIO, INC., ) | |
| ADP TOTALSOURCE, INC., and ) | |
| SCOTT SPEARING, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 40), filed by the parties on August 15, 2022. Plaintiff and defendants Crestview RV San Antonio, Mr. Spearing, and ADP TotalSource, Inc. are the only parties appearing who remain in this action. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with each party to bear their own court costs and expenses. Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties have requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 40) signed by all parties appearing and who remain in this matter and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action that were or could have been asserted by plaintiff against defendants are DISMISSED WITH PREJUDICE, with each party to bear their own respective court costs and expenses.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 16th day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE